**Tamara R. YAO, Respondent,**

v.

**Franck William YAO, Appellant.**

**No. ED 104105**

Missouri Court of Appeals,
Eastern District,
DIVISION TWO.

FILED: March 28, 2017

Motion for Rehearing and/or Transfer to Supreme Court Denied May 16, 2017

Lawrence G. Gillispie, Clayton, Missouri, for Appellant

Sophya Qureshi Raza, Sarah J. Wittrock, St. Louis, Missouri, for Respondent

Before Sherri B. Sullivan, P.J., Roy L. Richter, J., and Colleen Dolan, J.

## ORDER

### PER CURIAM

Franck William Yao ("Father") appeals from the trial court's judgment granting Tamara R. Yao's ("Mother") Cross–Motion to Modify Judgment/Order ("Cross–Motion to Modify"), Amended Judgment/Order and Decree of Dissolution, which abrogated joint legal custody, awarded Mother sole legal custody, and ordered Father to pay a portion of Mother's attorney's fees in the amount of $15,000. We affirm.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed pursuant to Rule 84.16(b).